BRETT L. TOLMAN, United States Attorney (#8821)
CARLIE CHRISTENSEN, Assistant United States Attorney (#0633)
RICHARD D. McKELVIE, Assistant United States Attorney (#2205)
CY H. CASTLE, Assistant United States Attorney (#4808)
Attorneys for the United States of America
185 South State Street, Suite 300, Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

JUN 05 2009

D. MARK JONES, CLERK
BY_____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | Case No.: 2:09CR00303 DB |
|---|---|
| Plaintiff, | **SEALED** |
| vs. | |
| CARL LAVERN CRITES, RICHARD RAYMOND BOURRET, MARIE VIRGINIA CRITES and STEVEN L. SHRADER, | NOTICE OF APPEARANCE OF COUNSEL |
| Defendants. | JUDGE: Dee Benson |

Notice is hereby given of the entry of appearance of Cy H. Castle, Assistant United States Attorney, as **co-counsel** for the United States of America in the above-entitled action for the purposes of all forfeiture related matters. Please serve all further notices and copies of pleadings, papers and other materials relevant to this action upon:

> Carlie Christensen (Lead Counsel)
> Assistant United States Attorney
> 185 South State Street, Suite 300
> Salt Lake City, Utah 84111

Richard D. McKelvie (Lead Counsel)
Assistant United States Attorney
185 South State Street, Suite 300
Salt Lake City, Utah 84111

Cy H. Castle (Co-Counsel)
Assistant United States Attorney
185 South State Street, Suite 300
Salt Lake City, Utah 84111

DATED this 5th day of June, 2009.

BRETT L. TOLMAN
United States Attorney

/s/ Cy H. Castle
CY H. CASTLE
Assistant United States Attorney