BRETT L. TOLMAN, United States Attorney (#8821)
CARLIE CHRISTENSEN, First Assistant United States Attorney (#0633)
RICHARD D. McKELVIE, Assistant United States Attorney (#2205)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-cr-00303 |
| Plaintiff, | **SEALED** |
| vs. | |
| | MOTION TO UNSEAL |
| CARL LAVERN CRITES, RICHARD RAYMOND BOURRET, MAIRE VIRGINIA CRITES and STEVEN L. SHRADER, | MAG. JUDGE SAMUEL ALBA |
| Defendants. | **SEALED** |

The United States, by and through the undersigned Assistant United States Attorney, moves the Court for an order unsealing the indictment in the above-captioned case, effective June 10, 2009 at 6:00 a.m. Mountain Daylight time. It is anticipated that defendant will be arrested at or about that time.

DATED this 8TH day of JUNE, 2009.

BRETT L. TOLMAN
United States Attorney

/s/ Richard D. McKelvie
RICHARD D. McKELVIE
Assistant United States Attorney