IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-cr-00303 |
| Plaintiff, | **SEALED** |
| vs. | ORDER UNSEALING |
| CARL LAVERN CRITES, RICHARD RAYMOND BOURRET, MAIRE VIRGINIA CRITES, and STEVEN L. SHRADER, | MAG. JUDGE SAMUEL ALBA |
| Defendants. | **SEALED** |

The Court having been informed by the United States that there will no longer be a need for the Indictment to be sealed,

IT IS HEREBY ORDERED that this case be unsealed effective June 10, 2009 at 6:00 a.m. Mountain Daylight time.

DATED this 8th day of June, 2009.

BY THE COURT:

_____
SAMUEL ALBA
United States Magistrate Judge