CARLIE CHRISTENSEN, Acting United States Attorney (#0633)
RICHARD D. McKELVIE, Assistant United States Attorney (#2205)
Attorneys for the United States of America
185 South State Street, #300
Salt Lake City, Utah  84111
Telephone:  (801) 524-5682

───────────────────────────────────────────────────

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

───────────────────────────────────────────────────

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.  2:09-CR-00303 DB |
| Plaintiff, | : | |
| v. | : | SUPPLEMENTAL NOTIFICATION OF DISCOVERY COMPLIANCE |
| | : | |
| CARL LAVERN CRITES, et al. | | JUDGE DEE BENSON |
| | : | |
| Defendants. | : | |

───────────────────────────────────────────────────

The United States of America, through the undersigned, pursuant to DUCrimR 16-1(h), and pursuant to its Statement of Discovery Protocol filed in this case, provides notice of the following disclosures to counsel for the defendant:

1. CD Labeled Supplemental Discovery 1, bates numbered SUPP_00001-000145

2. AUDIO CD Labeled Supplemental Discovery 2, bates numbered SUPP_000146

3. CD Labeled Supplemental Discovery 3, bates numbered SUPP_000147

4.  AUDIO DVD Labeled Supplemental Discovery 4, bates numbered

SUPP_000148

DATED this 26th day of February, 2010.

                                                CARLIE CHRISTENSEN
                                                Acting United States Attorney

                                                /s/ *Richard D. McKelvie*

                                                Richard D. McKelvie

                                                Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing SUPPLEMENTAL NOTIFICATION OF COMPLIANCE was mailed by FEDEX to counsel listed below, this 26th day of February, 2010.

**Walter F. Bugden**
BUGDEN & ISAACSON LLC
445 E 200 S STE 150
SALT LAKE CITY , UT 84111

*Attorney for* **Carl Lavern Crites**

**Richard P. Mauro**
43 E 400 S
SALT LAKE CITY , UT 84111

*Attorney for* **Marie V. Crites**

**Mark R Moffat**
BROWN BRADSHAW & MOFFAT
10 W BROADWAY STE 210
SALT LAKE CITY, UT 84101
*Attorney for* **Richard Raymond Bourret**

*/s/ Kristine Osmond*
United States Attorney's Office