IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH / CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARL LAVERN CRITES, RICHARD RAYMOND BOURRET, MARIE VIRGINIA CRITES and STEVEN L. SHRADER,<br><br>Defendants. | ORDER PERMITTING TRAVEL<br><br>Case No. 2:09-cr-00303-DB-1 |

Pursuant to the Motion and Stipulation of the parties, and good cause appearing, it is hereby

ORDERED that Vern Crites may be granted permission to travel outside the state of Colorado to New Mexico from March 18, 2010 through March 21, 2010.

DATED this ___ day of March, 2010.

BY THE COURT:

_____
MAGISTRATE SAMUEL ALBA